IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE DANGERFIELD, | : | Case No. C1-01-539 |
| Petitioner, | : | |
| v. | : | Judge S. Arthur Spiegel |
| MIKE LEONARD, Warden, | : | Magistrate Judge Sherman |
| Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS**

Assistant Attorney General M. Scott Criss, counsel for Respondent Mike Leonard, hereby gives notice to the Court and the parties of the change of his office address. The new address is reflected below and is effective as of September 22, 2003.

Respectfully submitted,

JIM PETRO
Attorney General

s/ M. Scott Criss
M. SCOTT CRISS (0068105)
Assistant Attorney General
Corrections Litigation Section
150 E. Gay Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7233

Trial Attorney for Respondent

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Change of Address* was forwarded to Petitioner, Lawrence Dangerfield, 1052 Grayview Court, Cincinnati, Ohio 45224  via regular U.S. mail, postage pre-paid this 22nd day of October, 2003.

s/ M. Scott Criss
M. SCOTT CRISS
Assistant Attorney General
