| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lawrence Dangerfield_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Lawrence Dangerfield   C. Date of Delivery: 11-28-03<br>D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Lawrence Dangerfield<br>1052 Grayview Court<br>Cinti, OH 45224 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)     ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0008 6348 9435 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509