**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

C-1-01-539
Docs 8+9
12/11/03

Sent To: LAWRENCE DANGERFIELD
Street, Apt. No.; or PO Box No.: 1052 GRAYVIEW COURT
City, State, ZIP+4: CINCINNATI, OH 45224

7001 2510 0008 6349 5788