First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

CINCINNATI STA
DEC 2003
OH USPS 45224

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box

OFFICE OF THE CLERK
U.S. DISTRICT COURT
Potter Stewart Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202

C-1-01-539
Docs 8 & 9

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LAWRENCE DANGERFIELD
   1052 GRAYVIEW COURT
   CINCINNATI, OH 45224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   7001 2510 0008 6349 5788

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509