IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Lawrence Dangerfield | : |
| Plaintiff(s) | : |
| | : Case Number: 1:01-cv-00539 |
| vs. | : |
| | : Senior District Judge S. Arthur Spiegel |
| Mike Leanard, Warden | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court hereby ADOPTS the Magistrate Judge's Report and Recommendation (doc. 7), and AFFIRMS the Magistrate Judge's recommended decision.  The Court further DENIES Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) with prejudice.

12/11/03                                                                 Kenneth Murphy, Clerk

                                                                          s/Kevin Moser
                                                                          Kevin Moser
                                                                          Deputy Clerk